**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

FILED '10 JAN 19 15:24 USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHERYL L. LEWIS** | Civil No.: 08-3028-HO |
| Plaintiff, | ~~PROPOSED~~ ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS FOR JUSTICE ACT (EAJA) |
| vs. | |
| **COMMISSIONER,** Social Security Administration, | |
| Defendant. | |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, SHERYL L. LEWIS, on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $5950.00.

The parties agree that the check for EAJA fees shall be made payable to Karen Stolzberg, and mailed to her office at: 11830 SW Kerr Parkway, #315; Lake Oswego, OR 97035.

ORDER RE: EAJA FEES
PAGE 1

DATED this 19th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Karen Stolzberg
Attorney for Plaintiff
Sheryl L. Lewis

ORDER RE: EAJA FEES
PAGE 2